■ APRIL M. WILLIAMS, Respondent, v CHARLES A. FASSINGER, Defendant, and CITY OF SYRACUSE, Appellant. (Appeal No. 2.)

[988 NYS2d 510]—Appeal from an order of the Supreme Court, Onondaga County (Hugh A. Gilbert, J.), dated July 15, 2013. The order, among other things, denied the cross motion of defendant City of Syracuse for leave to reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Williams v Fassinger* ([appeal No. 1] 119 AD3d 1368 [July 3, 2014]). Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.